# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# TAMPA DIVISION

**FEDERAL DEPOSIT INSURANCE CORPORATION,**

**Plaintiff,**

vs.                            Case No: 8:14-cv-02484-JDW-EAJ

**MARVIN ISAAC KAPLAN,
KATHRYN KAPLAN,
DANE DERUIZ,
JACYN BEACON REALTY, LLC,
715 HOLDINGS LLC,
KMS II, LLC,
CORPORATE CAR REAL ESTATE, LLC
2224 SOUTH TRAIL CORP., LLC,
FTU, LLC,
LINGER LODGE RESTAURANT, LLC,
LINGER LODGE RV, LLC,
MJ SQUARED, LLC,
MIK, LLC,
LIGHTHOUSE POINTE, LLC,
BC PROPERTIES, LLC,
127 PINEAPPLE LLC, and
CHADMAR, LLC,**

**Defendants.**
_____/

## STIPULATION OF DISMISSAL WITH PREJUDICE

All parties, by their undersigned counsel, dismiss this action under Rule 41(a)(1)(A)(ii) with prejudice and with all parties bearing their own attorneys' fees and costs.

Respectfully submitted,

s/Christian C. Burden                      s/Jon Douglas Parrish

| | |
|---|---|
| Christian C. Burden | Jon Douglas Parrish |
| Quarles & Brady, LLP | Parrish, White & Yarnell, P.A. |
| 101 E Kennedy Blvd., Ste. 3400 | 3431 Pine Ridge Rd., Ste. 101 |
| Tampa, FL 33602-5195 | Naples, FL 34109 |
| 813/387-0265 | 239/566-2013 |
| Fax: 813/387-1800 | Fax: 813/566-9561 |
| Email: chris.burden@quarles.com | Email: jonparrish@napleslaw.us |
| *Attorneys for Plaintiff* | *Attorneys for all Defendants except Dane DeRuiz and Lighthouse Point LLC* |

1

| s/James Dale Gibson | s/John Patterson |
|---|---|
| James Dale Gibson | John Patterson |
| Law Office of James D. Gibson | Shutts & Bowen LLP |
| 400 Burns Ct | 46 North Washington Blvd., Suite 1 |
| Sarasota, FL 34236 | Sarasota, Florida 34236 |
| 941/362-8880 | 941/552-3770 |
| Fax: 941/362-8881 | Email:jpatterson@shutts.com |
| Email: legaljimjdg@comcast.net | Attorneys for Dane DeRuiz |
| Attorneys for Lighthouse Point, LLC | |

**CERTIFICATE OF SERVICE**

I certify that on the 10th day of December, 2015, I filed the foregoing with the Clerk of Court using the CM/ECF System, which will provide notice of such filing to all registered parties and a hyperlink to the document. Copies of this document were also provided by U.S. Mail to the following unregistered or self-represented parties: None.

s/Christian C. Burden

Attorney